IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUONG GILMER GIACCIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-3005-E |
| | § | |
| MEREDITH LYON, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 14). On March 17, 2025, Plaintiff Giaccio filed a "Request for Community Service and Relief from Housing Violation Fees," which the Court construes as objections to the Magistrate Judge's findings, conclusions, and recommendation. (ECF No. 15). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (ECF No. 14).

The Court therefore DENIES Plaintiff Houng Gilmer Giaccio's construed motion for preliminary injunction. (ECF Nos. 10-12). To the extent that the motion should be construed as a motion for summary judgment, the Court DENIES the

motion without prejudice as premature.

SO ORDERED this 28th day of March, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE