IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUONG GILMER GIACCIO, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:24-cv-3005-E |
| MEREDITH LYON, ET AL., | § § § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case, (ECF. Nos. 27, 183, 206) (collectively, the "Findings, Conclusions, and Recommendation of the United States Magistrate Judge"). Objections were filed. (*See* ECF Nos. 28, 184, 192-93, 207). Additionally, Plaintiff Giaccio filed several documents, amended pleadings, and motions—which the Court has reviewed for objection to the Magistrate Judge's findings, conclusions, and recommendations. (*See* ECF Nos. 29-182; 185-205; 208-244). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ADOPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED this 5th day of August, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE